8/16/23 11:53AM

CSD 1100 [05/01/23]Page 1 of 3
Name, Address, Telephone No. & I.D. No.

**Ahren A. Tiller 250608**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
**619-894-8831**
**250608 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Bindle Bottle LLC**

BANKRUPTCY NO. **23-02057-7**

Debtor.

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☑ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$32.00 fee required. See instructions on reverse side
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Dated: **August 16, 2023**                    Signature  **/s/ Ahren A. Tiller**
                                                          Attorney for Debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

CSD 1100 [05/01/23] Page 2 of 3

# DECLARATION OF DEBTOR

I [We] __Houston Buehrle__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: **August 16, 2023**

_____   _____
*Debtor                                                      *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
    1. Before each entry, specify the purpose of the amendment by inserting:
        a. "ADDED," if the information was missing from the previous document filed; or
        b. "CORRECTED," if the information modifies previously listed information; or
        c. "DELETED," if previously listed information is to be removed.
    2. At the bottom of each page, insert the word "AMENDED."
    3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 8/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑   Chapter 7 Trustee:   **Christopher R. Barclay**

**admin@crb7trustee.com, mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com**

☑ For Chpt. 7, 11, & 12 cases:         ☐ For Chapter 13 cases assigned to:         ☐ For Chapter 13 cases assigned to:
UNITED STATES TRUSTEE                    THOMAS H. BILLINGSLEA, JR., TRUSTEE             MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                  Billingslea@thb.coxatwork.com                   mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

   On _____, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

| Executed on | **August 16, 2023** | **/s/ Keziah Reyes** |
|---|---|---|
| | (Date) | **Keziah Reyes**<br>**Bankruptcy Law Center**<br>**1230 Columbia St., Suite 1100**<br>**San Diego, CA 92101**<br>Address |

8/16/23 11:53AM

**Fill in this information to identify the case:**

Debtor name: **Bindle Bottle LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known): **23-02057-7**

☐ Check if this is an amended filing

## Official Form 206A/B
## AMENDED - Schedule A/B: Assets - Real and Personal Property
### 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — **Current value of debtor's interest**

2. **Cash on hand** — **$1,859.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of Southern California | Checking | 8618 | $3,825.93 |
| 3.2. | Paypal Account (Negative (-)98,27) | | Y5XU | $0.00 |
| 3.3. | Amazon CA | Clearing Account | | $0.00 |
| 3.4. | Amazon US | Clearing Account | | $0.00 |
| 3.5. | Paypal | Clearing Account | | $113.98 |

4. **Other cash equivalents** *(Identify all)*

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 1

Debtor  **Bindle Bottle LLC**　　　　　　　　　　　　　　　Case number *(If known)* **23-02057-7**
　　　　　Name

| | | |
|---|---|---:|
| 5. | **Total of Part 1.** | **$5,798.91** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:　Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   　　　**50% deposit down for new Bindle Bottle tooling**

   7.1. **($21,750 Paid to Manufacturing Inc., however very little if any reasaleable value).**　　　　**Unknown**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$0.00**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3:　Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:　　**8,356.00**　−　**0.00**　= ....　**$8,356.00**
    　　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

    11a. 90 days old or less:　　**60,225.82**　−　**60,225.82**　= ....　**$0.00**
    　　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

12. **Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**$8,356.00**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:　Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:　Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 2

Debtor  **Bindle Bottle LLC**　　　　　　　　　　　　　　　Case number *(If known)* 23-02057-7
　　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale**<br>**AMENDED**<br>**Inventory consisting of:**<br><br>- 24oz Bottles: 34,678 total<br>- 20oz Bottles: 5,866 total<br>- 13oz Bottles: 6,059 total<br>- 32oz Bottles: 3,510 total<br>- 24oz Sleeves: 23,842 total /<br>- 20oz Sleeves: 452 total<br>- Straw Lids: 25,312 total<br>- Coffee Lids: 12,354 total<br>- Packaging: all packaging material (single shippers, double shippers, master carton boxes)<br>- Backpacks: 1,593 total<br>- Coffee Tumblers: 342 total | 3/28/2023 | Unknown | Recent cost | $0.00 |
| 22. | **Other inventory or supplies**<br>**Wholesale Displays**<br><br>**($35,296.40 in costs. However, all no useable due to showing raw food coming out of storage of bottle, which the company cannot advertise).** | | $0.00 | Recent cost | Unknown |

| | | |
|---|---|---|
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | $0.00 |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**　　**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

8/16/23 11:53AM

| Debtor | **Bindle Bottle LLC** | Case number *(If known)* | **23-02057-7** |
|---|---|---|---|
| | Name | | |

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and monitors.** | $0.00 | Liquidation | $3,706.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $3,706.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.  **CORRECTED** **2018 Ford Transit Connect Cargo Van XL LWB w/Rear 180 Degree Door** **24,213 miles** | $0.00 | N/A | $24,475.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor **Bindle Bottle LLC**
Name

Case number (If known) **23-02057-7**

**Production Tooling**

$29,650 in costs - however very minial if any reasaleable value.   $0.00   Unknown

**ADDED**

- Molds ordered through Manufactured Networks, Inc. (including all deposits paid)
- Molds ordered through Frachs LLC (including all deposits paid)   Unknown   $0.00

51. **Total of Part 8.**   $24,475.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**United States Patent**<br>**Portable Canteen with Storage Departments**<br>**Patent No.: US 10,427,825 B2**<br>**Date of Patent: Oct. 1, 2019** | $0.00 | | Unknown |
| **United States Design Patent**<br>**Flexible Fabric Sleeve for Bottle**<br>**Patent No.: US D955,887 S**<br>**Date of Patent: Jun. 28, 2022** | $0.00 | | Unknown |
| **AMENDED**<br>**Trademarks**<br>- 'Bindle' trademark<br>- 'Swami' trademark<br>- 'Yoga for your bottle' trademark | $0.00 | | Unknown |

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 5

Debtor **Bindle Bottle LLC**
      Name

Case number *(If known)* **23-02057-7**

**ADDED**

| | | |
|---|---|---|
| **Bowl Utility & Design Patent (both pending)** | Unknown | $0.00 |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites**<br>Business website<br>https://bindlebottle.com/ | $0.00 | Unknown |

| | |
|---|---|
| 62. | **Licenses, franchises, and royalties** |

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>80,000 customers on email list | $0.00 | Unknown |

| | |
|---|---|
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 6

8/16/23 11:53AM

Debtor **Bindle Bottle LLC**
Name

Case number (If known) **23-02057-7**

| | | |
|---|---|---|
| **Claims for Breach of Contract against Betty Miranda, LLC and Daniel Sachs.** **\*(Misrepresentation, Fraud, and breach of fiduciary duty against Betty Miranda, LLC).** | | **Unknown** |
| Nature of claim | Claims for Production Liability | |
| Amount requested | $0.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Startup Costs: 10,232.00**
    **less accumulated amortization: -4467** ............................................................................. **$5,765.00**

    **ADDED**

    **CONTRACTS**
    **-Master Sourcing and Manufacturing Agreement with Manufactured Networks,**
    **Inc. dated October 28, 2022**

    **-Product Development Proposal with Klugonyx dated**
    **March 16, 2022** ........................................................................................................................... **$0.00**

78. **Total of Part 11.**                                                                                                                 **$5,765.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor   **Bindle Bottle LLC**
        Name

Case number *(If known)*  **23-02057-7**

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,798.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,356.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,706.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,475.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,765.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $48,100.91    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $48,100.91 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bindle Bottle LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016 |
| Case number (if known) | **23-02057-7** |

☐ Check if this is an amended filing

# Official Form 207
## AMENDED - Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other | $93,579.36 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other | $2,117,652.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other | $2,248,931.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

8/16/23 11:53AM

| Debtor | Bindle Bottle LLC | Case number (if known) | 23-02057-7 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **American Express**<br>PO Box 981537<br>El Paso, TX 79998-1535 | 5/8/2023 -<br>33,279.92 | $33,279.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit card payment** |
| 3.2. | **Bank of Southern California**<br>12265 El Camino Real, Ste. 100<br>San Diego, CA 92130 | 7/7/23;<br>7/10/23;<br>6/10/23;<br>6/7/23;<br>5/10/23;<br>5/7/23 | $11,812.50 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Dane Chapin**<br>2532 La Costa Ave.<br>Carlsbad, CA 92009<br>**Member** | 11/8/2022 -<br>$25,000<br>12/19/2022 -<br>$25,000<br>1/3/2023 -<br>$150,000<br><br>**New Value added during time period $185,000** | $200,000.00 | **loan repayments / capital infusions for new value.** |
| 4.2. | **Houston Buehrle**<br>7049 Almaden Lane<br>Carlsbad, CA 92009<br>**41% owner** | 3/31/2023 -<br>2170<br>2/28/2023-<br>2170<br>1/27/2023-6603.24<br>12/27/2022-3500.28<br>11/1/2022-2170<br>10/4/2022-2791.45<br>8/31/2022-5786.54 | $25,191.51 | **Expense Reimbursements during ordinary course of business.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | Bindle Bottle LLC | Case number (if known) | 23-02057-7 |
|---|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jennifer Mikalacki v. Bindle Bottle**<br>3:23-cv-00881-VC | Civil | United States District Court<br>California Northern District<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

8/16/23 11:53AM

Debtor **Bindle Bottle LLC**  Case number (if known) **23-02057-7**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bankruptcy Law Center**<br>**1230 Columbia St., Suite 1100**<br>**San Diego, CA 92101** | **Attorney Fees for Pre-Bankruptcy Planning as well as Bankruptcy Petition Prepation, Corporate Resolution, and advisement.** | **6/6/2023** | **$20,000.00** |
| | Email or website address<br>**bankruptcyattorneys.org** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 4

| Debtor | Bindle Bottle LLC | Case number *(if known)* 23-02057-7 |
|---|---|---|

Collects email addresses, payment information, shipping and billing addresses for DTC and wholesale customers

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Betty Miranda LLC<br>5931 Sea Lion Place, Ste. 110<br>Carlsbad, CA 92010 | Dan Sachs<br>5931 Sea Lion Place, Ste. 110<br>Carlsbad, CA 92010 | All inventory owed by Bindle Bottle LLC | ☐ No<br>☑ Yes |
| Public Storage<br>6211 Corte Del Abeto<br>Carlsbad, CA 92011 | Houston Max<br>Charlie Crisan<br>Victoriana Gonzalez<br>5999 Avenida Encinas, Ste. 150<br>Carlsbad, CA  92008 | Office supplies, inventory value: $5,000 | ☐ No<br>☑ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None


Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                     page **5**

| Debtor | Bindle Bottle LLC | Case number (if known) | 23-02057-7 |
|---|---|---|---|

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

    | Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service From-To |
    |---|---|---|
    | 26a.1. | Jason Lundberg<br>Financial Clarity | 2020-2023 |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Debtor | Bindle Bottle LLC | Case number *(if known)* 23-02057-7 |
|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Shawn Devries, CPA**<br>**Matranga & Co.**<br>**6255 Lusk Blvd., Ste. 150**<br>**San Diego, CA 92121** | **2017-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Shawn Devries, CPA**<br>**Matranga & Co.**<br>**6255 Lusk Blvd., Ste. 150**<br>**San Diego, CA 92121** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Shawn Devries, CPA**<br>**Matranga & Co.**<br>**6255 Lusk Blvd., Ste. 150**<br>**San Diego, CA 92121** |
| 26d.2. | **Bank of Southern California**<br>**12265 El Camino Real, Ste. 100**<br>**San Diego, CA 92130** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **AMENDED**<br>**Houston Buehrle** | **3/28/2023** | **$883,899.98**<br>**Cost basis** |
| | Name and address of the person who has possession of inventory records<br>**AMENDED**<br>**Houston Buehrle**<br>**5999 Avenida Encinas, Ste. 150**<br>**Carlsbad, CA 92008** | | |
| 27.2. | **Houston Buehrle** | **1/18/2023** | **$843,507.90**<br>**Cost basis** |
| | Name and address of the person who has possession of inventory records<br>**AMENDED**<br>**Houston Buehrle**<br>**5000 Avenida Encinas, Ste. 150**<br>**Carlsbad, CA 92008** | | |

| Official Form 207 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** | page **7** |
|---|---|---|

| Debtor | Bindle Bottle LLC | Case number (if known) | 23-02057-7 |
|---|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AMENDED Houston Buehrle | 5999 Avenida Encinas, Ste. 150 Carlsbad, CA 92009 | Member | 41% |
| Charles Crisan | 5999 Avenida Encinas, Ste. 150 Carlsbad, CA 92009 | General Partner | 10% |
| Dane Chapin | 5999 Avenida Encinas, Ste. 150 Carlsbad, CA 92009 | Member | 42% |
| Victoriana Gonzalez | 5999 Avenida Encinas, Ste. 150 Carlsbad, CA 92009 | General Partner | 1% |
| John Eyler | 5999 Avenida Encinas, Ste. 150 Carlsbad, CA 92009 | General Partner | 5% |
| Brad Chapin | 5999 Avenida Encinas, Ste. 150 Carlsbad, CA 92009 | General Partner | 1% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

8/16/23 11:53AM

| Debtor | **Bindle Bottle LLC** | Case number *(if known)* | **23-02057-7** |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 16, 2023**

**/s/ Houston Buehrle**                              **Houston Buehrle**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes